No. 2127. PEOPLE *v.* COLÓN.—Murder in the second degree. District Court of Aguadilla. November 16, 1923.

Nos. 2114 AND 2115. PEOPLE *v.* BÁEZ.—Adulteration of milk. District Court of Ponce. November 20, 1923.

No. 2116. PEOPLE *v.* RODRÍGUEZ.—Violation of the Excise-Tax Law. District Court of Ponce. November 20, 1923.

No. 2117. PEOPLE *v.* VELÁZQUEZ.—Violation of the Excise-Tax Law. District Court of Ponce. November 22, 1923.

No. 2120. PEOPLE *v.* RONDÓN.—Assault and battery. Second District Court of San Juan. November 22, 1923.

No. 2121. PEOPLE *v.* NATAL.—Carrying weapons. Second District Court of San Juan. November 23, 1923.

No. 2122. PEOPLE *v.* QUIÑONES.—Violation of Section 137 Penal Code. Second District Court of San Juan. November 23, 1923.

No. 2123. PEOPLE *v.* RAMOS.—Assault and battery. Second District Court of San Juan. November 27, 1923.

No. 2125. PEOPLE *v.* SALINAS.—Embezzlement. District Court of Aguadilla. November 30, 1923.

No. 2130. PEOPLE *v.* BARCELÓ.—Adulteration of milk. District Court of Ponce. December 4, 1923.

No. 2131. PEOPLE *v.* CONCEPCIÓN.—Violation of the Excise-Tax Law. First District Court of San Juan. December 4, 1923.

No. 2133. PEOPLE *v.* ECHEVARRY.—Adulteration of milk. First District Court of San Juan. December 6, 1923.

No. 2135. PEOPLE *v.* SOTO.—Burglary. First District Court of San Juan. December 13, 1923.

No. 2139. PEOPLE *v.* PALÉS.—Assault and battery. Second District Court of San Juan. December 14, 1923.

No. 2141. PEOPLE *v.* VÁZQUEZ ET AL.—Violation of the Excise-Tax Law. First District Court of San Juan. December 18, 1923.

No. 2140. PEOPLE *v.* VELILLA.—Assault and battery. First District Court of San Juan. December 18, 1923.